# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

NOV 01 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

**DERALD RENAY BRYANT, aka Dot,**
**MICHAEL ERIC MOODY, aka Church,**
**MARICIA LOUISE MILLER, aka Drop,**
**LAMONT ANTOINE PARSONS,**
**JAMES QUARRIER MORROW, and**
**ROBERT DANIEL JORDAN, aka Danny,**

    Defendants.

Criminal No. 3:22-CR 52 GMG/KWT

Violations:
18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 843(b)
21 U.S.C. § 843(d)
21 U.S.C. § 846

Case: 1:22-mj-00249
Assigned To : Harvey, G. Michael
Assign. Date : 11/10/2022
Description: Arrest Rule (5)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Hydrochloride)

From on or about November 1, 2021 to on or about April 12, 2022, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **DERALD RENAY BRYANT, aka DOT, MICHAEL ERIC MOODY, aka CHURCH,** and **LAMONT ANTOINE PARSONS** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with each other and others to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance,; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

1

## COUNT TWO

(Conspiracy to Possess with Intent to Distribute and to Distribute Eutylone)

From on or about July 27, 2019, to on or about February 11, 2022, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **MICHAEL ERIC MOODY, aka CHURCH, MARICIA LOUISE MILLER, aka DROP, LAMONT ANTOINE PARSONS, JAMES QUARRIER MORROW,** and **ROBERT DANIEL JORDAN, aka DANNY,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with each other and others to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT THREE

(Distribution of Eutylone)

On or about March 6, 2020, in Berkeley County, in the Northern District of West Virginia, defendant **MICHAEL ERIC MOODY, aka CHURCH**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Eutylone)

On or about June 15, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **MICHAEL ERIC MOODY, aka CHURCH**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Aiding and Abetting Distribution of Eutylone)

On or about June 18, 2021, in Berkeley County, in the Northern District of West Virginia, defendants **MICHAEL ERIC MOODY, aka CHURCH,** and **MARICIA LOUISE MILLER, aka DROP,** aiding and abetting each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Unlawful Use of Communication Device)

On or about November 13, 2021, in Berkeley County, in the Northern District of West Virginia and elsewhere, defendants **MICHAEL ERIC MOODY, aka CHURCH,** and **MARICIA LOUISE MILLER, aka DROP,** did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), as alleged in Count Two of this Indictment, that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SEVEN

(Unlawful Use of Communication Device)

On or about December 20, 2021, in Berkeley County, in the Northern District of West Virginia and elsewhere, defendants **MICHAEL ERIC MOODY, aka CHURCH,** and **JAMES QUARRIER MORROW,** did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), as alleged in Count Two of this Indictment, that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

7

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including the following items:

1. 9mm shell casing and 9mm round of ammunition seized on April 12, 2022;
2. A Ruger P95, 9mm semi-automatic pistol, with no magazine, bearing serial number 316-44583 seized on April 12, 2022;
3. 10 rounds of 9mm in magazine seized on April 12, 2022;
4. Two empty Glock magazines seized on April 12, 2022;
5. 1 Springfield Armory magazine seized on April 12, 2022;
6. A Glock loader seized on April 12, 2022;
7. A Glock .40 caliber magazine containing three rounds of .40 caliber ammunition seized on April 12, 2022;
8. A Ruger 9mm magazine seized on April 12, 2022;
9. 19 rounds of .40 caliber ammunition seized on April 12, 2022;
10. Six boxes of 9mm ammunition containing 175 rounds seized on April 12, 2022;
11. Two boxes of .40 caliber ammunition containing 75 total rounds seized on April 12, 2022; and

8

12. $10,500 seized on April 12, 2022.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney

10